### 12871.  THOMPSON v. THE STATE.

LUKE, J.  1.  The evidence, though weak as to one of the counts in the accusation, authorized the defendant's conviction upon both counts.

2.  The alleged newly discovered evidence is cumulative and impeaching in its character, and not such as would likely produce a different result upon another trial, and for no reason assigned did the court err in overruling the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED. NOVEMBER 17, 1921.

Accusation of violation of prohibition law; from city court of Hazlehurst — Judge Bennett.  September 12, 1921.

*S. D. Dell,* for plaintiff in error.

*Newton Gaskins, solicitor,* contra.